

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-10-00409-CV

IN RE DONN DEVERAL MARTIN                                        RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that all relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL:  GARDNER, WALKER, and GABRIEL, JJ.

DELIVERED:  November 18, 2010

---

[1]*See* Tex. R. App. P. 47.4., 52.8(d).